IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADAM P. MCNIECE,

    *Plaintiff*,

v.                                Case No.: 1:21cv35-MW/GRJ

TOWN OF YANKEETOWN,
et al.,

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections, ECF No. 23. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motions to dismiss, ECF Nos. 4 and 5, are **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim because his claims are barred by *res judicata*." Plaintiff's motion for a hearing, change in venue, and for injunctive relief, ECF No. 7, is **DENIED as moot**. The

Clerk shall close the file.

**SO ORDERED on October 26, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**